Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HATTIE WOODWORTH, as Administratrix of GEORGE H. WOOD-WORTH, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Woodworth* v. *N. Y. C. & H. R. R. R. Co.*, 55 App. Div. 23, affirmed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Robert A. Kutschbock* and *Charles C. Paulding* for appellant.

*Clinton F. Ferris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J. Not voting: HAIGHT, J.

---

HERMAN NICHOLSON, an Infant, by LUTHER L. WELLER, his Guardian ad Litem, Respondent, *v.* JONATHAN STERNBERG et al., Appellants.

*Nicholson* v. *Sternberg*, 61 App. Div. 51, appeal dismissed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1901, affirming a judgment in favor of plaintiff